1    JAMES BUSTAMANTE
     Attorney at Law
2    California State Bar No. 133675
     809 Montgomery Street, 2nd Floor
3    San Francisco, California 94133
     Telephone: (415) 394-3800
4    Facsimile: (415) 394-3806

5    Attorney for Defendant
     NANCY DELSARTO
6

7                        UNITED STATES DISTRICT COURT
8
                        NORTHERN DISTRICT OF CALIFORNIA
9

10
     UNITED STATES OF AMERICA,              Case Number: 3:11-cr-00387 MEJ
11
                 Plaintiff,                 **STIPULATION AND [~~PROPOSED~~]**
12                                          **ORDER TO CONTINUE**
             v.                             **NOVEMBER 17, 2011 STATUS**
13                                          **CONFERENCE**
     NANCY DELSARTO,
14
                 Defendant.
15   _____/

16           IT IS HEREBY STIPULATED by and between Assistant United States Attorney

17   Acadia Leigh Senese, counsel for the plaintiff, and James Bustamante, counsel for defendant,

18   in the above captioned case, that the status conference now scheduled for November 17,

19   2011, at 10:00 a.m., be taken off calendar and reset to December 1, 2011, at 10:00 a.m., or

20   as soon thereafter as is convenient for the Court.

21           IT IS SO STIPULATED.

22

23   Dated: 11/16/11                         /s/ with consent
                                            ACADIA LEIGH SENESE
24                                          Counsel for Plaintiff

25

26   Dated: 11/16/11                              /s/
                                            JAMES BUSTAMANTE
27                                          Counsel for Defendant
                                            NANCY DELSARTO
28

1

[PROPOSED] ORDER

2

3

**IT IS SO ORDERED**

4

5

Dated: November __16__ , 2011     _____

6

**HON. MARIA-ELENA JAMES**
United States District Court Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28