1  JAMES BUSTAMANTE
   Attorney at Law
2  California State Bar No. 133675
   809 Montgomery Street, 2nd Floor
3  San Francisco, California 94133
   Telephone: (415) 394-3800
4  Facsimile: (415) 394-3806

5  Attorney for Defendant
   NANCY DELSARTO
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              Case Number: 3:11-cr-00387 MEJ

12           Plaintiff,                    **STIPULATION AND [PROPOSED]**
                                           **ORDER TO CONTINUE**
             v.                            **JANUARY 12, 2012**
13                                         **STATUS CONFERENCE**
    NANCY DELSARTO,
14
             Defendant.
15  _____/

16       IT IS HEREBY STIPULATED by and between Assistant United States Attorney Acadia

17  Leigh Senese, counsel for the plaintiff, and James Bustamante, counsel for defendant, in the above

18  captioned case, that the status conference now scheduled for January 12, 2012, at 10:00 a.m., be

19  taken off calendar and reset to February 16, 2012, at 10:00 [9:30] a.m., or as soon thereafter as is

20  convenient for the Court.

21       IT IS SO STIPULATED.

22

23  Dated: January 11, 2012              /s/ with consent
                                         ACADIA LEIGH SENESE
24                                       Counsel for Plaintiff

25

26  Dated:  January 11, 2012                    /s/
                                         JAMES BUSTAMANTE
27                                       Counsel for Defendant
                                         NANCY DELSARTO
28

[~~PROPOSED~~] ORDER

**IT IS SO ORDERED**

Dated: January __12__ , 2012

_____
**HON. MARIA ELENA JAMES**
United States District Court Magistrate Judge