JAMES BUSTAMANTE
Attorney at Law
California State Bar No. 133675
809 Montgomery Street, 2nd Floor
San Francisco, California 94133
Telephone: (415) 394-3800
Facsimile: (415) 394-3806

Attorney for Defendant
NANCY DELSARTO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number: 3:11-cr-00387 MEJ |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| v. | **ORDER TO CONTINUE** |
| | **MARCH 15, 2012** |
| NANCY DELSARTO, | **CHANGE OF PLEA** |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney Acadia Leigh Senese, counsel for plaintiff, and James Bustamante, counsel for defendant, in the above captioned case, that the change of plea now scheduled for March 15, 2012, at 10:00 a.m., be taken off calendar and reset to March 29, [22,] 2012, at 10:00 a.m., or as soon thereafter as is convenient for the Court.

   IT IS SO STIPULATED.


Dated: March 15, 2012                    /s/ with consent
                                         ACADIA LEIGH SENESE
                                         Counsel for Plaintiff


Dated: March 15, 2012                              /s/
                                         JAMES BUSTAMANTE
                                         Counsel for Defendant
                                         NANCY DELSARTO

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

Dated: March  15 , 2012

_____
**HON. MARIA ELENA JAMES**
United States District Court Magistrate Judge